NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Cross Appellants.*

---

2012-1600, -1606

---

Appeals from the United States District Court for the Northern District of California in case no. 11-CV-1846, Judge Lucy H. Koh.

---

## ON MOTION

---

## ORDER

First Amendment Coalition submits motions to intervene, to reform the caption, and to set an expedited briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

Apple Inc. and Samsung Electronics Co., Ltd. et al. are directed to submit any responses to these motions no later than 5:00pm, September 12, 2012.

FOR THE COURT

SEP 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kathleen M. Sullivan, Esq.
    William F. Lee, Esq.
    William R. Stein, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2012

JAN HORBALY
CLERK